IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**L.L. by and through her Next Friend,
NANCY HUBBARD, et al.,**

    **Plaintiffs,**

    v.        NO.   2:25-cv-00471 MIS-KRS

**ALAMOGORDO POLICE DEPARTMENT, et al.,**

    **Defendants.**

### ORDER GRANTING PLAINTIFFS LEAVE TO FILE EXHIBIT UNDER SEAL

THIS MATTER comes before the Court on Plaintiffs' unopposed Motion for Leave to File Exhibit Under Seal ("Motion") [Doc. 58]. The Court, having reviewed the Motion and being in all things fully advised in the premises, finds that Plaintiffs' Motion is supported by good grounds, is well-taken, and should be granted.

**IT IS ORDERED** that, pursuant to Fed. R. Civ. P. 5.2, Plaintiffs shall file their unredacted Exhibit 5 to Plaintiffs' Response to Amended Kids, Inc.'s Motion for Protective Order (Doc. 53), [Doc. 55] under seal, such that the filing is accessible only to the Court and parties.

IT IS SO ORDERED this 10th day of September, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:
COURVOISIER LAW, LLC

By: /s/ *Rebekah A. Scott Courvoisier*
Rebekah A. Scott Courvoisier
1109 Indiana Avenue
Alamogordo, New Mexico 88310
(575) 434-1226
law1@nmlaw.net
Attorney for Plaintiffs


Approved by:

JOHN D. WHEELER & ASSOC.
*Approved electronically 09/10/2025*
 Elizabeth K. Watson, Esq.
 P.O. Box 1810
 Alamogordo, NM 88311-1810
 (575) 437-5750
 ekw@jdw-law.com
Attorney for Kids, Inc.

HINKLE SHANOR LLP
*Approved electronically 09/08/2025*
Chelsea R. Green, Esq.
P.O. Box 10
Roswell, NM 88202-0010
575-662-6510 / 575-623-9332 Fax
cgreen@hinklelawfirm.com
Attorney for APS Defendants


DIXON SCHOLL CARILLO PA
*Approved electronically 09/10/2025*
Jeannie Hunt, Esq.
P.O. Box 84147
Albuquerque, NM 87199-4147
Telephone: (505) 244-3890
Facsimile: (505) 244-3889
jhunt @dsc-law.com
Attorney for APD Defendants