UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| L.L. by and through her Next Friend, NANCY HUBBARD, NANCY HUBBARD, and RAYMOND LANER, <br><br>     Plaintiffs/Appellants, <br><br> v. <br><br> ALAMOGORDO POLICE DEPARTMENT, an Executive Department of the CITY OF ALAMOGORDO, a municipal corporation organized under the laws of the State of New Mexico; DAVID KUNIHIRO, individually, AARON RAMIREZ, individually, ALAMOGORDO MUNICIPAL SCHOOL DISTRICT NUMBER ONE, a/k/a, ALAMOGORDO PUBLIC SCHOOL DISTRICT; ALAMOGORDO BOARD OF EDUCATION; ANGELA CADWALLADER, in her official capacity as President of the Alamogordo Board of Education; MICHAEL CRABTREE, in his official capacity as Superintendent of the Alamogordo Public School District, LAIGHA BOYLE, individually and in her official capacity as Principal of Mountain View Middle School / Alamogordo Public School District, <br><br>     Defendants/Appellees. | Case No. 25-2155 |

2

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for: the City of Alamogordo, David Kunihiro, and Aaron Ramirez, appellees, in the above-captioned case.

James Wilkey
Name of Counsel

*/s/ James C. Wilkey*
Signature of Counsel

P.O. Box 94147, Albuquerque, NM 87199-4147
505-244-3890
Mailing Address and Telephone Number

jwilkey@dsc-law.com
E-Mail Address

Jeannie Hunt
Name of Counsel

*/s/ Jeannie Hunt*
Signature of Counsel

P.O. Box 94147, Albuquerque, NM 87199-4147
505-244-3890
Mailing Address and Telephone Number

jhunt@dsc-law.com
E-Mail Address

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐      The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒      There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

Respectfully submitted,

*/s/ James C. Wilkey*
James C. Wilkey
Jeannie Hunt
DIXON•SCHOLL•CARRILLO•P.A.
P.O. Box 94147
Albuquerque, New Mexico 87199-4147
Telephone: (505) 244-3890
jwilkey@dsc-law.com
jhunt@dsc-law.com
*Attorneys for Defendants Alamogordo Police Department, City of Alamogordo, Chief Kunihiro, and Officer Ramirez*

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒      All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐      On _____ I sent a copy of this Entry of Appearance Form to:

Rebekah A. Scott Courvoisier
Courvoisier Law, LLC
1109 Indiana Avenue
Alamogordo, New Mexico 88310
law1@nmlaw.net

Stephen S. Shanor
Chelsea R. Green
Hinkle, Hensley, Shanor & Martin, LLP
Post Office Box 10
Roswell, NM 88202
Email: sshanor@hinklelawfirm.com
Email: cgreen@hinklelawfirm.com

*/s James C. Wilkey*
James C. Wilkey
Jeannie Hunt

4